1  Sengthiene Bosavanh, Esq. #249801
2  Milam Law, Inc.
   330 N. Fulton Street
3  Fresno, CA 93701
   (559) 264-2800
4  Fax: 559-264-2822

5  Attorney for Plaintiff, Frank Azevedo

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| **FRANK AZEVEDO**, | ) CIVIL NO. 1:11-cv-01341-AWI-SAB |
| Plaintiff, | ) |
| | ) PROPOSED ORDER FOR THE AWARD |
| v. | ) OF ATTORNEYS' FEES PURSUANT TO |
| | ) THE EQUAL ACCESS TO JUSTICE |
| **CAROLYN W. COLVIN**, | ) ACT, 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter having come before the Court pursuant to Plaintiff's timely application, and the Court having fully considered the matter, hereby finds (1) Plaintiff is a prevailing party; (2) Plaintiff meets the net worth requirements of 28 U.S.C. § 2412(b)(2)(B); (3) the "position of the United States" was not substantially justified; 4) there are no "special circumstances" that make an award unjust under 28 U.S.C. § 2412(d)(1)(A); (5) the requested hourly rate is appropriate; and (6) the hours claimed by Plaintiff's attorneys reasonably were expended.

PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) – Civil Action No. 1:11-cv-01341-AWI-SAB – 1

THEREFORE, IT IS HEREBY ORDERED, that Plaintiff is awarded attorneys' fees in the amount of $10,022.29 and expenses in the amount of $81.10 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), for a total amount of Ten Thousand, One Hundred Three Dollars and Thirty-Nine Cents (**$10,103.39**).

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does <u>not</u> owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: June 20, 2013        By *s/ Sengthiene Bosavanh*
                            SENGTHIENE BOSAVANH
                            Attorney for Plaintiff, Frank Azevedo

<u>ORDER</u>

IT IS SO ORDERED.

Dated:   June 20, 2013

_____
SENIOR DISTRICT JUDGE

PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) – Civil Action No. 1:11-cv-01341-AWI-SAB – 2