BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| Frank Azevedo,<br><br>    Plaintiff,<br><br>        v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 11-cv-01341-AWI-SAB<br><br>**ORDER VACATING ORDER FOR THE AWARD OF ATTORNEYS FEES AND SETTING SCHEDULE FOR DEFENDANT'S RESPONSE** |

The Court hereby vacates its Order awarding attorney's fees to Plaintiff so as to give Defendant the opportunity to respond to Plaintiff's petition.  Defendant may file a response within 30 days of this Order.

IT IS SO ORDERED.

Dated: July 1, 2013                                  _____
                                                                    SENIOR DISTRICT JUDGE