IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AZEVEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | 1:11-CV-1341  AWI SAB<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION AND VACATING ORDER<br><br>(Doc. Nos. 29, 30) |

　　On March 21, 2013, the Court adopted a Findings and Recommendation and reversed and remanded this case for an award of benefits to Plaintiff.  On June 19, 2013, Plaintiff filed a motion for attorney's fees.  On June 21, 2013, the Court signed Plaintiff's proposed order granting the requested fees.  On July 1, 2013, Defendant filed a motion for reconsideration of the June 21, 2013 order on the grounds of clerical mistake and that Defendant had not had an opportunity to oppose the motion.

　　After reviewing the file, Defendant is correct that an error occurred.  The order granting attorney's fees was signed in error and inadvertently.  It is not the practice of the Court to grant motions for attorney's fees without first giving the other party an opportunity to file an opposition.  Under these circumstances, it is appropriate to grant Defendant's motion and to vacate the June 21, 2013 order.  See Fed. R. Civ. Pro. 60(a); Blanton v. Anzalone, 813 F.2d 1574, 1577 n.2 (9th Cir. 1987).

　　Accordingly, IT IS HEREBY ORDERED that:

1.　Defendant's motion for reconsideration (Doc. No. 30) is GRANTED;

2.　The June 21, 2013 order of the Court (Doc. No. 29) is VACATED; and

3.　Plaintiff's motion for attorney's fees is REFERRED to Magistrate Judge Boone.

IT IS SO ORDERED.

Dated:　July 2, 2013　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE