# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AZEVEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:11-cv-01341-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE OPPOSITION TO MOTION FOR ATTORNEY FEES WITHIN TWENTY DAYS |

　　On June 19, 2013, Plaintiff filed a motion for attorney fees under the Equal Access to Justice Act. (ECF No. 28.) On June 21, 2013, an order issued granting Plaintiff's motion. (ECF No. 29.) On July 1, 2013, Defendant filed a motion for reconsideration and requested a thirty day time period in which to file an opposition to Plaintiff's motion. (ECF No. 30.) On July 2, 2013, an order issued vacating the order granting Plaintiff's motion, however the order did not address Defendant's request for thirty days to oppose the motion. Accordingly,

　　IT IS HEREBY ORDERED that Defendant shall have twenty days from the date of service of this order in which to file an opposition to Plaintiff's motion for attorney fees.

IT IS SO ORDERED.

Dated: **August 12, 2013**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1