# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AZEVEDO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:11-cv-01341-AWI-SAB<br><br>ORDER REQUIRING PETITIONER TO FILE SUPPLEMENTAL BRIEFING<br><br>(ECF No. 36)<br><br>FOURTEEN DAY DEADLINE |

　　　　Petitioner Sengthiene Bosavanh ("Counsel"), attorney for Plaintiff Frank Azevedo ("Plaintiff"), filed the instant motion for attorney fees on September 30, 2013.  Counsel requests fees in the amount of $17,893.75 pursuant to 42 U.S.C. § 406(b)(1).

　　　　In the motion, Petitioner argues that the prior award of fees and costs under the Equal Access to Justice Act ("EAJA") were withheld to pay a Federal lien because of an overpayment due the Social Security Administration.  (Motion for Attorney Fees 1 n.1, ECF No. 36.) Petitioner is requesting that the award of fees pursuant to 42 U.S.C. 406(b) not be offset by the amount of EAJA fees awarded.  However, Petitioner has failed to present any evidence that the EAJA fees were withheld.

　　　　Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of service of this order, Petitioner shall file supplemental briefing providing the Court with evidence

that the EAJA fees were withheld or, in the alternative, withdraw the request that the EAJA fees be offset.

IT IS SO ORDERED.

Dated:   **November 1, 2013**

UNITED STATES MAGISTRATE JUDGE